**FILED**

**JUL 23 2009**

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-52 (EGS) |
| | ) | |
| AMANDEUS WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In a hearing before Magistrate Judge John M. Facciola on March 9, 2009, defendant entered a plea of guilty. Also on March 9, 2009, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan
United States District Judge
July 23, 2009**